UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO ALATORRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASTEQUIP MANUFACTURING COMPANY LLC,<br><br>　　　　Defendant. | No.  2:12-cv-02394-MCE-DAD<br><br><br>**ORDER** |

　　　　Through this action, Plaintiff Eliseo Alatorre ("Plaintiff") seeks relief for various violations of California state law arising from the termination of his employment with Defendant Wastequip Manufacturing Company LLC ("Defendant").  Specifically, Plaintiff alleges that Defendant is liable for: (1) disability discrimination in violation of FEHA; (2) failure to provide reasonable accommodations in violation of FEHA; (3) failure to engage in the good faith interactive process under FEHA; (4) retaliation in violation of FEHA; (5) failure to take reasonable steps to prevent retaliation and/or discrimination under FEHA; (6) intentional infliction of emotional distress; and (7) wrongful termination in violation of public policy.  (ECF No. 1.)  Presently before the Court is Plaintiff's Motion for Leave to File First Amended Complaint.  (ECF No. 21.)  Defendant filed a timely opposition to the motion.  (ECF No. 22.)

On October 12, 2012, Defendant moved for Judgment on the Pleadings. (ECF No. 7.)  On February 12, 2013, Plaintiff filed the instant motion. (ECF No. 21.)  However, on March 4, 2013, the Court issued a Memorandum and Order granting in part and denying in part Defendant's Motion for Judgment on the Pleadings. (ECF No. 23.)  The March 4 Order gave Plaintiff leave to file an amended complaint within twenty (20) days. (Id.)  In accordance with the Court's March 4 Order, Plaintiff has twenty (20) days to file an amended complaint from the date that order (ECF No. 23) was filed electronically.  If Plaintiff does not file an amended complaint within said twenty-day period, without further notice to the parties, final judgment shall be entered in favor of Defendant for Plaintiff's claim for retaliation and intentional infliction of emotional distress, and Plaintiff's claim for civil and statutory penalties shall be dismissed with prejudice.  (See id.)

Accordingly, the Court has already granted Plaintiff leave to file an amended complaint.  Plaintiff's present motion (ECF No. 21) is therefore DENIED AS MOOT.[1]

IT IS SO ORDERED.

DATED: March 19, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local R. 230(g).