1  GEORGE A. ACERO  (SBN:  226709)
   GORDON & REES LLP
2  655 University Avenue, Suite 200
   Sacramento, CA  95825
3  Telephone:  (916) 565-2900
   Facsimile:  (916) 920-4402
4  gacero@gordonrees.com

5  Attorneys for Defendant
   WASTEQUIP MANUFACTURING COMPANY LLC

6  Christopher R. LeClerc (SBN:  233479)
7  LE CLERC & LE CLERC LLP
   235 Montgomery Street, Suite 1019
8  San Francisco, CA 94104
   Telephone:  (415) 445-0900
9  Facsimile:  (415) 445-9977
   chris@leclerclaw.com
10
11 Attorneys for Plaintiff
   ELISEO ALATORRE

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15 | ELISEO ALATORRE, an individual, | ) | CASE NO.  2:12-CV-02394-MCE-DAD |
16 | Plaintiff, | ) | |
   | | ) | *Honorable Morrison C. England, Jr.* |
17 | vs. | ) | |
   | | ) | **JOINT STIPULATION FOR** |
18 | WASTEQUIP MANUFACTURING | ) | **DISMISSAL AND ORDER** |
   | COMPANY LLC, and DOES 1-50, | ) | |
19 | inclusive, | ) | |
20 | Defendants. | ) | |

1  **NOTICE IS HEREBY GIVEN TO THE COURT THAT THIS MATTER HAS
2  RESOLVED.  IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff
3  Eliseo Alatorre and Defendant Wastequip Manufacturing Company LLC, by and through their
4  duly authorized counsel of record, that the above-captioned matter (the entire Complaint and all
5  causes of action contained therein) shall be dismissed, WITH PREJUDICE, as to Defendant
6  Wastequip Manufacturing Company LLC and DOES 1-50 pursuant to Federal Rule of Civil
7  Procedure 41(a)(1)(A)(ii).  Each party shall bear his, her, or its own fees and costs in connection
8  with this action.

10  Dated:  March 17, 2015            **Le Clerc & Le Clerc LLP**

12                                     By: */s/ Christopher R. LeClerc*
                                       Christopher R. LeClerc, ESQ.
13                                     Attorney for Plaintiff
                                       Eliseo Alatorre

15  Dated:  March 17, 2015            **Gordon & Rees LLP**

17                                     By: */s/ George A. Acero*
                                       George A. Acero
18                                     Attorneys for Defendant,
                                       Wastequip Manufacturing Company LLC

**ORDER**

Pursuant the stipulation of the parties, this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT